## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

OCTAVIOUS HARRIS,

        Plaintiff,

                                    Case No. 1:17-cv-03597-SCJ-JSA

v.

NAVIENT SOLUTIONS, LLC and
CENTRAL CREDIT SERVICES, LLC,

        Defendants.

_____/

## OFFER OF JUDGMENT

TO:   PLAINTIFF ABOVE-NAMED:

Pursuant to Rule 68, Fed. R. Civ. P., and without admitting any liability, defendant, Navient Solutions, LLC (NSL), hereby offers to allow judgment to be taken against it in favor of Plaintiff, Octavious Harris (Plaintiff) as follows:

1.     The party making the Offer of Judgment is NSL;

2.     The Offer of Judgment is being made to Plaintiff, Octavious Harris;

3.     Without admitting any liability, judgment shall be entered against NSL for statutory and actual damages in the amount of $4,501 for the alleged violations of the Telephone Consumer Protection Act (TCPA) § 227, *et seq.*, by NSL, and any other violations Plaintiff alleges in this lawsuit against NSL;

1

4.      Without admitting any liability, the Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NSL, and said judgment shall have no effect whatsoever except in settlement of those claims;

5.      This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission of liability in this action, or that Plaintiff has suffered any damages; and

6.      In accordance with Rule 68, if Plaintiff does not accept this Offer of Judgment within fourteen (14) days after service of the Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs.  If Plaintiff does not accept this Offer of Judgement, and the judgment finally obtained by Plaintiff is more favorable than this Offer, then Plaintiff must pay her costs incurred after this offer, as well as Defendants' costs, as allowed by the law of this District.

ACCEPTED:      _____
               OCTAVIOUS HARRIS

DATE:          _____

Respectfully submitted,

*/s/  Wendi E. Fassbender*

2

Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, LLC
5229 Roswell Road NE
Atlanta, GA 30342
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions.legal

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of February 2018, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Octavio Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
tgomez@forthepeople.com
admoore@forthepeople.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

3

4

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, LLC

*Attorneys for Defendant,*
*Central Credit Services, LLC*